**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Heriberto CARRILLO, a.k.a.**
**Armando Cotto–Ramos,**
**Defendant–Appellant.**

**No. 12–12177**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 5, 2014.

David Paul Rhodes, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Peggy Morris Ronca, Nicole M. Andrejko, Daniel C. Irick, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Roger L. Weeden, Law Office of Roger L. Weeden, Orlando, FL, Juan Heriberto Carrillo, FCI Danbury–Inmate Legal Mail, Danbury, CT, for Defendant–Appellant.

Before TJOFLAT, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Roger Weeden, counsel for Juan Carrillo, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Carrillo's conviction and sentence are **AFFIRMED.**